IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CV-00931-JLT-FRS (EPG) |
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT FROM FEBRUARY 12, 2026, TO APRIL 23, 2026, AND CONTINUE SCHEDULING CONFERENCE |
| GOLD NECKLACE WITH DIAMOND "COLD BOY" PENDANT, | |
| GOLD NECKLACE WITH DIAMOND MICHAEL JORDAN "IN MY BAG" PENDANT, | |
| FOUR SILVER BARS, | |
| TWENTY-NINE MISCELLANEOUS GOLD AND SILVER COINS, | |
| Defendants. | |

1    Order to Extend the Deadline to Submit a Joint Scheduling Report from February 12, 2026, to April 23, 2026

Pursuant to the United States' Request to Extend the Deadline to File a Joint Scheduling Report and Continue the February 19, 2026 Scheduling Conference (Doc. 14), the Court finds that there is good cause to do so and hereby ORDERS:

1.  The deadline to file a Joint Scheduling Report from February 12, 2026, to **April 23, 2026**; and

2.  The Scheduling Conference currently set for February 19, 2026 at 9:00 AM is continued to **April 30, 2026 at 8:30 AM in Courtroom 8**.

IT IS SO ORDERED.

Dated:    **February 17, 2026**          /s/ _Erin P. Gring_
                                         UNITED STATES MAGISTRATE JUDGE

2    Order to Extend the Deadline to Submit a Joint Scheduling Report from February 12, 2026, to April 23, 2026