ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
ELISA M. RODRIGUEZ
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CV-00931-JLT-FJS |
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT FROM APRIL 23, 2026, TO JULY 22, 2026, AND CONTINUE SCHEDULING CONFERENCE |
| GOLD NECKLACE WITH DIAMOND "COLD BOY" PENDANT, | |
| GOLD NECKLACE WITH DIAMOND MICHAEL JORDAN "IN MY BAG" PENDANT, | (ECF. No. 21.) |
| FOUR SILVER BARS, | |
| TWENTY-NINE MISCELLANEOUS GOLD AND SILVER COINS, | |
| Defendants. | |

I.     BACKGROUND

On July 29, 2025, the United States of America filed a civil forfeiture complaint *in rem* against the captioned assets: Gold Necklace with Diamond "Cold Boy" Pendant, Gold Necklace with Diamond Michael Jordan "In My Bag" Pendant, Four Silver Bars, and Miscellaneous Gold and Silver Coins.  (ECF No. 1.)  A joint scheduling report was initially due February 12, 2026, and the parties' scheduling conference was set for February 19, 2026, at 9:00 AM before Magistrate Judge Erica P. Grosjean.  (ECF

1

No. 13.)  On February 12, 2026, the government filed its first extension to submit the joint scheduling report and continue scheduling conference from February 19, 2026, to April 23, 2026.  (ECF No. 14.)  On April 14, 2026, the government submitted its second request for an extension to submit the joint scheduling report and continue the scheduling conference from April 23, 2026, to July 22, 2026.  (ECF No. 21.)

According to the government's request, on December 31, 2025, Claimant Marice Curry and Claimant Carolyn Jordan filed *pro se* Verified Claims.  (ECF. No. 21.)  On April 15, 2026, the government served a set of special interrogatories on Claimant Jordan based on her connection to Curry.  (ECF No. 21.)  The government alleges that Claimant Curry's assets are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(a) because they were obtained after Claimant Curry received "commission" for his role in a widespread, fraudulent tax scheme that allowed Claimant Jordan and several others to claim non-applicable tax credits on their tax returns.  (*See generally* ECF Nos. 1, 21.)  The government further reports that it has complied with the notice requirements "on all known and potential claimants as required by the Supplemental Rules governing forfeiture cases and is otherwise diligently pursuing this action."  (ECF No. 21 at 2.)

II.    DISCUSSION

In forfeiture actions that arise in rem under a federal statute, "[t]he government may serve special interrogatories limited to the claimant's identity and relationship to the defendant property without the court's leave at any time after the claim is filed."  Fed. R. Civ. P. G(6)(a).  "Answers or objections to these interrogatories must be served within 21 days after the interrogatories are served."  Fed. R. Civ. P. G(6)(b).

The government states that this extension of time will allow the government to resolve the threshold issue of standing.  *See* Fed. R. Civ. P. G advisory committee notes (2006) (discussing subdivision 6). Pursuant to the 21-day window provided for by Federal Rule of Civil Procedure G(6)(b), Claimant Jordan has until May 6, 2026, to answer or object.

III.    CONCLUSION AND ORDER

Pursuant to the United States' Request to Extend the Deadline to File a Joint Scheduling Report, the Court finds that there is good cause to extend the deadline to file a Joint Scheduling Report from April 23, 2026, to July 22, 2026.  Additionally, the scheduling conference is CONTINUED to July 29, 2026, at 10:00 AM.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE