THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GOLD NECKLACE WITH DIAMOND "COLD BOY" PENDANT,<br><br>GOLD NECKLACE WITH DIAMOND MICHAEL JORDAN "IN MY BAG" PENDANT,<br><br>FOUR SILVER BARS,<br><br>TWENTY-NINE MISCELLANEOUS GOLD AND SILVER COINS,<br><br>Defendants. | CASE NO. 1:25-CV-00931-JLT-FJS<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT FROM SEPTEMBER 30, 2026, TO DECEMBER 9, 2026, AND CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 26) |

Pursuant to the United States' request to extend the deadline to file a joint scheduling report (ECF No. 26), the court finds that there is good cause, and ORDERS the following:

1. The United States' request to extend the deadline to file a joint scheduling report (ECF No. 26) is GRANTED;

2. The scheduling conference currently set for October 7, 2026, is CONTINUED to December 16, 2026, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference – on or before December 9, 2026; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 2, 2026**

UNITED STATES MAGISTRATE JUDGE